IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.           : CIVIL NO: C-1-00-0894
               : MAGISTRATE JUDGE HOGAN

**LANDIS L. SCOTT,**

    **Defendant.**

### PLAINTIFF'S REQUEST FOR ISSUANCE OF AN ARREST WARRANT

  Plaintiff, United States of America, respectfully requests this Honorable Court to issue an arrest warrant for **Landis L. Scott** to answer for his/her failure to appear Thursday, April 28, 2005 as ordered by this Court. The Order to Show Cause, filed March 14, 2005, was mailed to Defendant by first class postage paid mail as evidenced by the attached photocopy of the Certificate of Mailing on March 18, 2005. Plaintiff states this mailing was not returned as undeliverable and therefore concludes Defendant received said notification of the Show Cause hearing.

              Respectfully submitted,

              GREGORY G. LOCKHART
              United States Attorney

              s/Deborah F. Sanders
              DEBORAH F. SANDERS (0043575)
              Assistant United States Attorney
              Attorney for Plaintiff
              303 Marconi Boulevard, Suite 200
              Columbus, Ohio 43215
              (614) 469-5715
              Fax: (614) 469-5240
              Deborah.Sanders @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request for Issuance of an Arrest Warrant was filed using the CM/ECF system and mailed this 6th day of June 2005, to Landis L. Scott, 12178 Birchhill Dr., Cincinnati, OH 45251-4203 by first class, postage paid mail.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\scott arrest.wpd