| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

United States Attorneys office

One piece of ordinary mail addressed to:

Landis L. Scott
12178 Birchhill Dr.
Cincinnati, OH 45251-4203

PS Form 3817, January 2001

[Postmark: MAILED FROM ZIP CODE 43215, COLUMBUS OH]
[U.S. OFFICIAL MAIL, PENALTY FOR PRIVATE USE $300, $00.90, MAR 17 2005, Pitney Bowes]