IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                         : CIVIL NO: C-1-00-0894
                            : MAGISTRATE JUDGE HOGAN

LANDIS L. SCOTT,

12178 Birchhill Dr.
Cincinnati, OH 45251-4203
        Defendant.                       <u>BENCH WARRANT</u>

TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**Landis L. Scott** and bring him/her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, at CINCINNATI, OHIO**, to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on _____.

**\*Marshal shall locate Defendant and transport to Federal Courthouse in Cincinnati, Ohio.**

**\* Marshal shall not input Defendant's Personal information into Criminal data base until the Court and the U.S. Attorney's Office have been notified.**

**James Bonini, Clerk**
UNITED STATES DISTRICT COURT

*Arthur Hill*
By: Deputy Clerk

Date: 6-8-05

## **RETURN**

This Bench Warrant was received and executed with the arrest of the above named Defendant at

_____.

DATE RECEIVED _____

DATE OF ARREST _____

DATED AT CINCINNATI, OHIO ON

_____

_____

                                          Signature of Arresting Officer

                                          _____

                                          Title of Arresting Officer