UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　　:　　Civil Action No. 1:_00_-cv-_894_

　　　　Plaintiff,　　　　　　　　　　:

v.　　　　　　　　　　　　　　　　　　:　　**ORDER**

LANDIS  L.  Scott　　　　　　,　　:

　　　　Defendant.　　　　　　　　　　:

　　　The Defendant having appeared in Court in custody pursuant to an arrest warrant,

and Defendant having consented to immediate participation today in the previously

Court-ordered judgment debtor examination, Defendant is hereby ORDERED

RELEASED from custody without requirement of posting bond.

　　　IT IS SO ORDERED.

Date: 6/21/05

Timothy S. Black
United States Magistrate Judge

AGREED TO BY:

Defendant