FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JUN 22 PM 4:36

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

: CIVIL NO: C-1-00-0894
: MAGISTRATE JUDGE HOGAN

LANDIS L. SCOTT,

12178 Birchhill Dr.
Cincinnati, OH 45251-4203
        Defendant.

**BENCH WARRANT**

TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**Landis L. Scott** and bring him/her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, at CINCINNATI, OHIO**, to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on _____.

*Marshal shall locate Defendant and transport to Federal Courthouse in Cincinnati, Ohio.

* Marshal shall not input Defendant's Personal information into Criminal data base until the Court and the U.S. Attorney's Office have been notified.

**James Bonini, Clerk**
UNITED STATES DISTRICT COURT

_Arthur Hill_
By: Deputy Clerk

Date: 6-8-05

**RETURN**

This Bench Warrant was received and executed with the arrest of the above named Defendant at

12178 Birch Hill Drive, Cincinnati, OH 45251

DATE RECEIVED _____

DATE OF ARREST 06/21/05

DATED AT CINCINNATI, OHIO ON
06/21/05

Signature of Arresting Officer

PI 3058 DUSM

Title of Arresting Officer