UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA,
        Plaintiffs,

        v.                          Case Nos.  1:02cv315

Johnny Benefield
Laurindo Bradshaw
Jeff Chenault
Aaron Chiles
~~Brenda Chinn~~                            ~~1:99cv78~~   Excused
Nika Galvez
Denise E. Jackson
David Jetter
Willa Jones
Charlie Scaife
Landis Scott
Dennis Suggs (HHS)
~~James Tevis~~                         ~~1:07cv28~~  Excused
Raul Tramontana (HHS)
Jodie Beser
Rodney Watson
Walter Williams

| | Case Nos. |
|---|---|
| | 1:02cv315 |
| | 1:01cv338 |
| | 1:00cv630 |
| | 1:00cv350 |
| | 1:00cv1054 |
| | 1:03cv699 |
| | 1:99cv78 |
| | 1:99cv638 |
| | 1:97cv1139 |
| | 1:94cv806 |
| | 1:00cv894 |
| | 1:06mc27 |
| | 1:00cv397 |
| | 1:02mc13 |
| | 1:07cv28 |
| | 1.01cv147 |
| | 1:96cv596 |

(Hogan, M.J.)

Student Loan Judgment Debtors,
        Defendant(s).

## CIVIL MINUTES
### on Student Loan Judgment Debtor Examination

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Tempann Thomas
**LAW CLERK:** none present
**COURT REPORTER:** Official Reporter, Jodie Perkins
**DATE:** September 14, 2007          **TIME:** 10:00 am – 10:45

Judgment Debtor(s): _____      Attorney for Defendant(s): _____

Deborah Sanders _____      _____

Craig Black _____      _____
Perry Vance

## WITNESSES

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

## PROCEDURES

✓ Counsel Present & Judgment Debtor present.

_____ Arguments held on_____

_____ Judgment Debtor not present. Capias Warrant issued _____.

_____ Court ordered in open court that_____

Remarks:

8 of the fifteen defts did not appear.

Gov't will file a motion to address relief requested against the defts who did not appear.

Defts present: Johnny Benefield
Jeff Chenault
Nikka Galvez
David Jetter
Charlie Scaife
Landis Scott
Walter Williams